Commonwealth *v.* Agie, Appellant.

Submitted November 12, 1971. *J. Graham Sale, Jr.*
and *John J. Dean,* Assistant Public Defenders, and
*George H. Ross,* Public Defender, for appellant; *Carol
Mary Los* and *Robert L. Campbell,* Assistant District

Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.